Karra J. Porter, 5223
Christensen & Jensen, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
(801) 323-5000
karra.porter@chrisjen.com

Thomas M. Hefferon
(*pro hac vice* application pending )
W. Kyle Tayman
(*pro hac vice* application pending )
Goodwin Procter LLP
901 New York Ave., NW
Washington, DC 20001
(202) 346-4000
therrferon@goodwinlaw.com
ktayman@goodwinlaw.com

William J. Harrington,
(*pro hac vice* application pending)
Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018
(212) 813-8884
wharrington@goodwinlaw.com
*Counsel for CreditRepair.com, Inc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>   *Plaintiff*,<br><br>  v.<br><br>PROGREXION MARKETING, *et al*.,<br><br>   *Defendants*. | Case No. 2:19-cv-00298-DBP |

**DEFENDANT CREDITREPAIR.COM, INC.'S
CORPORATE DISCLOSURE STATEMENT**

ACTIVE/99892933.1

Defendant CreditRepair.com, Inc. ("CreditRepair.com") pursuant to Federal Rule of Civil Procedure 7.1, submits its Corporate Disclosure Statement and states:

1. CreditRepair.com is a wholly-owned subsidiary of Creditrepair.com Holdings, which is a wholly-owned subsidiary of PGX Holdings, Inc.

Dated: June 21, 2019               Respectfully submitted,

**CHRISTENSEN & JENSEN, P.C.**

/s/ *Karra J. Porter*
Karra J. Porter
Christensen & Jensen, P.C.

**GOODWIN PROCTER LLP**

/s/ *W. Kyle Tayman*
Thomas M. Hefferon
W. Kyle Tayman
William J. Harrington
*Counsel for CreditRepair.com, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2019, a copy of the foregoing **DEFENDANT CREDITREPAIR.COM, INC.'S CORPORATE DISCLOSURE STATEMENT** was sent via the CM/ECF system to following:

MAUREEN MCOWEN
JONATHAN REISCHL
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
1700 G Street, NW
Washington, DC 20552
*Attorneys for Plaintiff Bureau of
Consumer Financial Protection*

/s/ *Miranda Riley*