Maureen McOwen
Jonathan Reischl
Tracy L. Hilmer
(202) 435-9553
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

Thomas M. Hefferon*
W. Kyle Tayman*
Goodwin Procter, LLP
1900 N Street, NW
Washington, DC  20036
(202) 346-4000
thefferon@goodwinlaw.com
ktayman@goodwinlaw.com

William J. Harrington*
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
(212) 459-7140
wharrington@goodwinlaw.com

Karra J. Porter
Christensen & Jensen
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
(801) 323-5000
Karra.porter@chrisjen.com

*Attorneys for Defendants*
(*admitted *pro hac vice*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al*,<br><br>*Defendants*. | Case No. 2:19-cv-00298-BSJ<br><br>**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to DUCivR 5-3 and the Modified Protective Order entered in this case (ECF 72), Plaintiff Bureau of Consumer Financial Protection (the Bureau) and Defendants Progrexion Marketing, Inc., PGX Holdings, Inc., Progrexion Teleservices, Inc., eFolks, LLC, CreditRepair.Com, Inc., and John C. Heath, Attorney at Law, PC, d/b/a Lexington Law (collectively, the Parties) move the Court for leave to file under seal certain exhibits to the Joint Status Report Concerning the Court's March 13, 2020 Order.  These exhibits (Ex. B, F, G and H) contain information designated as "Confidential Information" pursuant to the Modified Protective Order, including sensitive personally identifiable information (PII).  The sealed exhibits are being filed contemporaneously with this Motion and the Joint Status Report.

Exhibits B and F include attached consumer complaints produced by Plaintiff that implicate the privacy interests of consumers.  They contain physical and email addresses, phone numbers, and other PII.  Plaintiff asserts that public disclosure of that information may result in misuse and injury.  Further, Plaintiff asserts that the PII is so prevalent and scattered throughout the consumer complaint exhibits that redacting only the portions containing PII would be impracticable.

Additionally, Exhibits B, F, G and H contain information Defendants have designated as "Confidential Information."  Defendants assert that these documents contain confidential or proprietary technical, scientific, financial, business, health, or medical information.[1]

---

[1] The Bureau takes no position at this time on Defendants' designation of their documents as "Confidential Information."  The Bureau joins this motion for leave to file them under seal as a courtesy and in an effort to comply with the Modified Protective Order.

1

A proposed order accompanies this motion.

Dated: May 7, 2020

| | |
|---|---|
| /s/ W. Kyle Tayman | /s/ Maureen McOwen |
| | |
| Thomas M. Hefferon* | Maureen McOwen |
| W. Kyle Tayman* | Jonathan Reischl |
| Goodwin Procter, LLP | Tracy L. Hilmer |
| 1900 N Street, NW | Enforcement Attorneys |
| Washington, DC  20036 | Bureau of Consumer Financial Protection |
| (202) 346-4000 | 1700 G Street, NW |
| thefferon@goodwinlaw.com | Washington, DC 20552 |
| ktayman@goodwinlaw.com | Telephone: (202) 435-7459 |
| | maureen.mcowen@cfpb.gov |
| William J. Harrington* | jonathan.reischl@cfpb.gov |
| Goodwin Procter LLP | tracy.hilmer@cfpb.gov |
| 620 Eighth Avenue | |
| New York, NY 10018 | *Attorneys for Plaintiff Bureau of Consumer* |
| (212) 459-7140 | *Financial Protection* |
| wharrington@goodwinlaw.com | |

Karra J. Porter
Christensen & Jensen
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
(801) 323-5000
Karra.porter@chrisjen.com

*Attorneys for Defendants*
(*admitted *pro hac vice*)