## Index to Plaintiff's Exhibits

Exhibit 1:   Encrypted compact disk containing non-duplicate clawed-back call recordings and emails (submitted *in camera*):

| Privilege Log ID | Beginning Bates No. | Description |
|---|---|---|
| PGX-PRIV-00216 | PGX0029255 | Call recording audio file |
| PGX-PRIV-00217 | PGX0029257 | Call recording audio file |
| PGX-PRIV-00218 | PGX0029259 | Call recording audio file |
| PGX-PRIV-00219 | PGX0029261 | Call recording audio file |
| PGX-PRIV-00222 | PGX0029267 | Call recording audio file |
| PGX-PRIV-00223 | PGX0029269 | Call recording audio file |
| PGX-PRIV-00224 | PGX0029271 | Call recording audio file |
| PGX-PRIV-00225 | PGX0029273 | Call recording audio file |
| PGX-PRIV-00230 | PGX0029299 | Call recording audio file |
| PGX-PRIV-00231 | PGX0029893 | Email chain |
| None | PGX0029897 | Email chain |
| None | PGX0029904 | Email chain |

Exhibit 2:   Defendants' Aug. 26, 2020 privilege log for clawed-back items

Exhibit 3:   Aug. 14, 2020 Letter from Defendants to Bureau (clawing back documents)

Exhibit 4:   Defendants' Oct. 19, 2020 email to Bureau (listing non-duplicate and duplicate clawed-back items)

Exhibit 5:   Sept. 30, 2020 and Oct. 7, 2020 emails between Bureau and Defendants (concerning Defendants' privilege claims regarding PGX0029897 and PGX0029904)

Exhibit 6:   Progrexion Credit Consultant – Credit Matters 2015 (PGXCFPB00003829) (**filed under seal**)

Exhibit 7:   2.15.2016 PGX agent set up FAQx (PGXCFPB00003821) (**filed under seal**)

Exhibit 8:   Lexington Law Engagement Letter (excerpt of 2015 Credit Services Organization License Renewal for John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law, submitted to State of California on Dec. 3, 2014) (**filed under seal**)

Exhibit 9:   CreditRepair.com script (PGX0028708) (**filed under seal**)

Exhibit 10:   Lexington Law script (PGX0028741) (**filed under seal**)

Exhibit 11:   CreditRepair.com sales agent training material (PGX0000625) (**filed under seal**)

Exhibit 12:   Lexington Law sales agent training material (PGX0000591) (**filed under seal**)

Exhibit 13:   CreditRepair.com "Game Plan" training (PGX0001273) (**filed under seal**)

Exhibit 14:   Lexington Law "Case Setup" training (PGX0001008) (**filed under seal**)

Exhibit 15:   Defendants' Oct. 2, 2020 Letter to Bureau

Exhibit 16:   Lexington Law Live transfer training (PGX0040497) (**filed under seal**)

Exhibit 17:   One Loan Place script (PGX.CFPB.II.00896353) (**filed under seal**)

Exhibit 18:   Dec. 15, 2017 email from Progrexion Affiliate Manager B. Clawson to qwofford@inversioncredit.com, cc: chris@ascentmtg.com, attaching call recordings that Defendants have claimed are privileged (PGX0042188) (**filed under seal**)

Exhibit 19:   Lexington Law training material (LEX00002522) (excerpts) (**filed under seal**)

Exhibit 20:   Mar. 16, 2015 Lexington Law Response to Civil Investigative Demand Document Request Nos. 14 and 15 (excerpt) (**filed under seal**)