FILED
2021 JUN 14 AM 11:10
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>*Defendants*. | Case No. 2:19-cv-00298-BSJ |

## AMENDED SCHEDULING ORDER

Upon consideration of the Joint Stipulated Motion to Amend the Scheduling Order, and good cause having been shown, the Court hereby GRANTS the Stipulated Motion and amends the scheduling order as set forth below. Except as amended by this Order, the provisions of the first Amended Scheduling Order (ECF 115) shall remain in effect. The times and deadlines set forth herein may not be further modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

### A. RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS

1. Plaintiff will disclose the subject matter and identity of its experts and serve any reports from experts and other disclosures under Rule 26(a)(2) on:

September 27, 2021.

2. Defendants will disclose the subject matter and identity of their experts and serve any reports from experts and other disclosures under Rule 26(a)(2) on: **October 25, 2021**.

3. Plaintiff will serve any rebuttal reports on: **November 22, 2021**.

## C. OTHER DEADLINES

1. Last day for expert discovery: **December 20, 2021**.

2. Deadline for filing dispositive or potentially dispositive motions: **January 21, 2022**.

3. Deadline for responding to dispositive or potentially dispositive motions: **March 2, 2022**.

## D. TRIAL AND PREPARATION FOR TRIAL

1. Deadline for filing proposed pretrial order: **April 1, 2022**.

2. Final Pretrial Conference: **10 a.m. April 18, 2022.**

6/14/21
Dated

Hon. Bruce S. Jenkins
United States District Judge