MAUREEN MCOWEN
JONATHAN REISCHL
TRACY L. HILMER
ALICIA FERRARA
(202) 435-9553
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>*Defendants*. | Case No.  2:19-cv-00298-BSJ |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File Exhibits Under Seal, it is hereby

ORDERED, that the Motion is GRANTED. Exhibits A-C to Plaintiff's Short-Form Motion to Compel Defendants to Respond to Interrogatories may be filed under seal.

DATED this 8th day of July, 2021.

_____
Hon. Bruce S. Jenkins
United States District Judge