FILED
2021 JUL 16 AM 9:23
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>　　*Plaintiff*,<br><br>　　　　v.<br><br>PROGREXION MARKETING, INC., *et al*.,<br><br>　　*Defendants*. | Case No.  2:19-cv-00298-BSJ |

## ORDER

On June 7, 2021, Plaintiff Bureau of Consumer Financial Protection ("the Bureau") filed a Short-Form Motion to Compel Defendants Progrexion Marketing, Inc. et al ("Defendants") to Respond to Interrogatories and Requests for Admission Concerning their Advertisements (ECF 133). The Court considered the Motion and Defendants' Opposition thereto (ECF 139) and held a hearing on July 1, 2021 by remote videoconference. Maureen E. McOwen, Alicia Ferrara, and Tracy L. Hilmer appeared on behalf of Plaintiff. William J. Harrington and W. Kyle Tayman appeared on behalf of Defendants. The Court ruled at the hearing and GRANTED the Motion in part and DENIED the Motion in part.

It is hereby ORDERED that within 20 days of this Order, Defendants shall furnish the Court and the Bureau with a list of the third-parties (including individuals and entities) to whom Defendants furnished approved advertisements for publication or for further publication for each of the years from 2016 through 2019. The list shall include the name and address of each third-party.

July 16, 2021
Dated

_____
Hon. Bruce S. Jenkins
United States District Judge