IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, <br><br> *Plaintiff*, <br> v. <br><br> PROGREXION MARKETING, INC., *et al.*, <br><br> *Defendants.* | Case No. 2:19-cv-00298-BSJ |

# [PROPOSED] ORDER

Upon consideration of Defendant's Short-Form Motion for Protective Order and to Enforce Scheduling Order, it is hereby

ORDERED, that the Motion is GRANTED. Under the terms of the Scheduling Order (ECF No. 115), Defendants are precluded from responding to Plaintiff's First Set of Expert-Related Requests for Production to Heath, P.C.; Plaintiff's First Set Expert-Related Requests for Production and Interrogatory to Progrexion; Plaintiff's Second Set of Expert-Related Requests for Production to Heath, P.C.; and Plaintiff's Second Set of Expert-Related Requests for Production to Progrexion.

_____          _____
Dated                                          Hon. Bruce S. Jenkins
                                               United States District Judge