MAUREEN MCOWEN
JONATHAN REISCHL
TRACY L. HILMER
ALICIA FERRARA
LORRAINE VAN KIRK
(202) 435-9553
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov
lorraine.vankirk@cfpb.gov
1700 G Street, NW
Washington, DC 20552
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

BUREAU OF CONSUMER FINANCIAL PROTECTION,

*Plaintiff*,

v.

PROGREXION MARKETING, INC., *et al.*,

*Defendants.*

Case No. 2:19-cv-00298-BSJ

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiff, the Bureau of Consumer Financial Protection, has conventionally filed the following document, paper, or other material:

<u>DVD Containing Audio Recordings in Support of Plaintiff's Opposition to Defendant John C. Heath P.C.'s (d/b/a/ Lexington Law) Motion for Partial Summary Judgment on Count I</u>

This document, paper, or other material has not been filed electronically because:

_x___ it cannot be converted to electronic format

____ the electronic file size of this material exceeds 5 megabytes (MB)

____ the Court by order has excused electronic filing

____ it is exempt from electronic filing pursuant to § ____ of the ECF Policy & Procedures Manual

The document, paper, or other material has been conventionally served on all parties.

Dated: November 15, 2021

Respectfully submitted,

<u>/s/ Maureen McOwen</u>
MAUREEN MCOWEN
JONATHAN REISCHL
TRACY L. HILMER
ALICIA FERRARA
LORRAINE VAN KIRK
*Enforcement Attorneys*
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-9553
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov
lorraine.vankirk@cfpb.gov

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# CERTIFICATE OF MAILING

I certify that on November 15, 2021, I electronically filed the foregoing, **Notice of Conventional Filing**, using the Court's electronic filing system. I also certify that a true and correct copy of the DVD was delivered via UPS to the Court and Defendants at:

Kyle Tayman
Goodwin Procter LLP
1900 N Street NW
Washington, DC 20036

/s/ Maureen McOwen