# Plaintiff's Appendix of Evidence

Ex. 1, Heath Dep. Excerpts

Ex. 2, Lexington Law Service Feature Matrix (Beal Ex. 349)

Ex. 3, Progrexion Teleservices Dep. Excerpts

Ex. 4, DelPonti0000371

Ex. 5, PGX0028285

Ex. 6, PGX0028357

Ex. 7, PGX0002572

Ex. 8, PGX0028796

Ex. 9, PGX0028741

Ex. 10, Progrexion Marketing Dep. Excerpts

Ex. 11, LEX0000421

Ex. 12, Heath Resp. to Interrog. No. 3 (Apr. 7, 2021)

Ex. 13, Stipulation (July 8, 2021)

Ex. 14, LEX00000028

Ex. 15, LEX00000001

Ex. 16, PGX.CFPB.00000113

Ex. 17, Def. John C. Heath, Attorney at Law, PC's Factual Stipulation (Apr. 8, 2021)

Ex. 18, CreditRepair.com Dep. Excerpts

Ex. 19, Intervenor FTC's Motion for Partial Summary Judgment, Tennessee v. Lexington Law Firms, No. 3-96-0344 (M.D. Tenn. Dec. 16, 1996)

Ex. 20, PGX0048433

Ex. 21, State Coverage Map (Hamilton Ex. 364)

Ex. 22, PGX0048184

Ex. 23, PGX0028231

Ex. 24, DelPonti0000357

Ex. 25, Heath Supp. Resp. to RFA No. 4 (July 6, 2021)

Ex. 26, CreditRepair.com Service Feature Matrix (Beal Ex. 351)

Ex. 27, PGX0000555

Ex. 28, PGX0027706

Ex. 29, PGX0040984 Excerpts

Ex. 30, Decl. Jacob Lichtblau Regarding Lexington Law Ads and Webpages (Nov. 14, 2021) and Attachments

Ex. 31, PGX0028638

Ex. 32, PGX0047444

Ex. 33, PGX0040901 Excerpt

Ex. 34, CreditRepair.com Resp. to Interrog. No. 2 (Apr. 7, 2021)

Ex. 35, CreditRepair.com Supp. Resp. to RFA 1 (July 6, 2021)

Ex. 36, eFolks Dep. Excerpts

Ex. 37, LEX00000066

Ex. 38, PGX Holdings Resp. to Interrog. No. 15 (May 14, 2021)

Ex. 39, Heath's Response to Interrog. No. 13 (May 14, 2021)