# Ex. 1
# Heath Depo Excerpts
# Public Version Redacted

Ex. 2

Service Feature Matrix LLF7

(Beal Ex. 349)

Public Version Redacted

# Ex. 3

# Progrexion Teleservices Dep Excerpts

# Public Version Redacted

Ex. 7

PGX0002572

Public Version Redacted

# Ex. 8

# PGX0028796

# Public Version Redacted

Ex. 9

PGX0028741

Public Version Redacted

# Ex. 10
# Progrexion Marketing
# Dep Excerpts
# Public Version Redacted

Ex. 12

Heath Resp. to Interrog. No. 3

(Apr. 7, 2021)

Public Version Redacted

Ex. 13

Stipulation

(July 8, 2021)

Public Version Redacted

Ex. 14

LEX00000028

Public Version Redacted

Ex. 15

LEX00000001

Public Version Redacted

Ex. 16

PGX.CFPB.00000113

Public Version Redacted

Ex. 17

Def. John C. Heath, Attorney at Law,

PC's Factual Stipulation

(Apr. 8, 2021)

Public Version Redacted

Ex. 18

CreditRepair.com  Dep.

Excerpts

Public Version Redacted

Ex. 20

PGX0048433

Public Version Redacted

# Ex. 21
# State Coverage Map
# (Hamilton Ex. 364)
# Public Version Redacted

# Ex. 22

## PGX0048184

## Public Version Redacted

Ex. 25
Heath PC's Second Supplemental RFA No 4
(July 6, 2021)
Public Version Redacted

Ex. 26

CreditRepair.com

Service Feature Matrix

(Beal Ex. 351)

Public Version Redacted

Ex. 27

PGX0000555

Public Version Redacted

Ex. 29

PGX0040984

Public Version Redacted

Ex. 30

Decl. Jacob Lichtblau

Regarding Lexington Law Ads

and Webpages (Nov. 14, 2021)

and Attachment

Public Version Redacted

Ex. 31

PGX0028638

Public Version Redacted

Ex. 33

PGX0040961

Public Version Redacted

Ex. 34

CreditRepair.com Resp. to Interrog. No. 2

(Apr. 7, 2021)
Public Version Redacted

Ex. 35

CreditRepair.com Supp. Resp. to RFA 1

(July 6, 2021)

Public Version Redacted

Ex. 36

eFolks

Dep. Excerpts

Public Version Redacted

Ex. 37

LEX00000066

Public Version Redacted

Ex. 38

PGX Holdings Resp. to
Interrog. No. 15
(May 14, 2021)
Public Version Redacted

Ex. 39

Heath's Response to Interrog. No. 13
(May 14, 2021)
Public Version Redacted