IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>Plaintiff,<br><br>v.<br><br>PROGREXION MARKETING, INC., et al.,<br><br>Defendants. | **ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 2:19-CV-00298-BSJ<br><br>District Judge Bruce S. Jenkins |

This matter is presently before the Court on a Motion for Protective Order (ECF No. 255) filed by Defendants Efolks, Progrexion Marketing, Progrexion Teleservices, PGX Holdings, Creditrepair.com, and John C. Heath Attorney at Law PLLC ("Progrexion"). The Bureau of Consumer Financial Protection ("BCFP") filed an opposition. (ECF No. 268). The Court finds oral argument will not be helpful. Having considered the parties' briefs and the relevant law, the Court DENIES Defendants' Motion for Protective Order (ECF No. 255) because the request for protection is overbroad.

The Court earlier struck a similar motion filed by Defendants on the basis that their request to restrict discovery was overly broad. (*See* ECF No. 206; Mot. Hr'g, Nov. 18, 2021, *passim*). The Court noted that the earlier motion was "a very broad motion that has been filed here." (Mot. Hr'g 20:15–16). After hearing argument on the prior motion, and a related motion to compel filed by BCFP, the Court indicated it would:

> strike each of the motions, the motion to compel and the motion for a protective order at this point, and I will give you 20 days within which to file your specific motions, if you intend to do so, in reference to specific answers. That way I can deal with items rather than general categories.

(Mot. Hr'g at 22:10–15).

Rather than file a new and specific motion, Defendants' filed the instant Motion for Protective Order which appears even broader than their earlier motion. The instant Motion for Protective Order not only seeks to revive their earlier motion but also asks the Court to deny two additional motions BCFP filed within the 20-day period the Court allowed for more specific discovery motions. (*See* ECF No. 255).[1] Accordingly, the Court denies Defendants' Motion for Protective Order (ECF No. 255) based on its overbreadth.

DATED this 27th day of December 2021.

Bruce S. Jenkins
United States Senior District Judge

---

[1] The Court has already ruled on those two additional motions. (*See* ECF No. 266 (ruling on ECF No. 238 and ECF No. 240)).

2