FILED
2022 JAN 20 PM 5:05
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>*Defendants*. | Case No. 2:19-cv-00298-BSJ |

## ORDER

This matter came before the Court on Defendant John C. Heath, P.C.'s (D/B/A Lexington Law) Motion for Partial Summary Judgment on Count I (ECF 171) ("Motion"). The Court considered the Motion, Plaintiff's response in opposition thereto (ECF 230), Heath P.C.'s reply (ECF 249), the associated appendices of evidence submitted by the parties, and the related evidentiary objections and responses thereto (ECF 227, 245, 248, 262, and 263). The Court held a hearing on the Motion on January 13, 2022 by video conference. On the basis of the briefing, the oral argument, and the entire record, and for the reasons stated at the hearing, it is hereby:

ORDERED, that the Motion is DENIED without prejudice.

Dated: January 20, 2022

                                                  Hon. Bruce S. Jenkins
                                                  United States District Judge