Exhibit Mott 509

Public Version Redacted