FILED
2022 MAY 16 AM 10:08
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, <br><br> *Plaintiff,* <br><br> v. <br><br> PROGREXION MARKETING, INC., *et al.*, <br><br> *Defendants.* | Case No.  2:19-cv-00298-BSJ |

## ORDER

This matter came before the Court on Defendants Progrexion Marketing, Inc., PGX Holdings, Inc., Progrexion Teleservices, Inc., eFolks, LLC, and CreditRepair.com, Inc.'s Motion for Summary Judgment (ECF 288) ("Motion"). The Court considered the Motion, Plaintiff's response in opposition thereto (ECF 315), the Progrexion Defendants' Reply (ECF 344), the associated appendices of evidence submitted by the parties (ECF 289, 315, 346), and the related evidentiary objections and responses thereto (ECF 342, 352, 355, 357). The Court held a hearing on the Motion on May 4, 2022. On the basis of the briefing, the oral

argument, and the entire record, and for the reasons stated at the hearing, it is hereby:

ORDERED, that the Motion is DENIED without prejudice.

Dated: 5/16/22

Hon. Bruce S. Jenkins
United States District Judge

2