FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 17 2022

GARY P. SERDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>*Defendants*. | Case No. 2:19-cv-00298-BSJ |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend the Complaint to Clarify the Scope of the Deception Counts (ECF No. 441), filed on July 14, 2022, for the reasons stated during the August 9, 2022 motions hearing, and on consideration of the entire record, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff is directed to file on the docket the Amended Complaint that was attached as Exhibit 1 to Plaintiff's Motion, and Defendants shall have 14 days thereafter to file responsive pleadings.

_8/16/22_
Dated

Hon. Bruce S. Jenkins
United States District Judge