IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

FILED
2023 JAN 12 AM 9:50
CLERK
U.S. DISTRICT COURT

BUREAU OF CONSUMER FINANCIAL PROTECTION,

Plaintiff,

v.

PROGREXION MARKETING, INC., et al.,

Defendants.

Case No. 2:19-CV-00298-BSJ

## ORDER

Upon consideration of the Parties' briefing regarding Defendants' Motion to Vacate the January 2023 Hearings, the points and authorities cited therein, the Parties' statements at oral argument on January 9, 2023, and the entire record, it is hereby ORDERED that the Motion is GRANTED IN PART.

The Pretrial Conference currently set for January 24, 2023, is hereby continued until May 16 and 17, 2023. The parties are directed to file an agreed proposed pretrial order by May 11, 2023.

1/12/23
Dated

Bruce S. Jenkins
United States District Judge