## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>Plaintiff,<br><br>v.<br><br>PROGREXION MARKETING, INC., et al.,<br><br>Defendants. | Case No. 2:19-CV-00298-BSJ |

**PGX HOLDING'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendant PGX Holdings, Inc. ("PGX Holdings"), pursuant to Federal Rule of Civil Procedure 7.1, submits its Amended Corporate Disclosure Statement and states:

1. PGX Topco L.L.C., a subsidiary of Prospect Capital Corp., a publicly-traded closed-end investment company, holds a majority ownership interest in PGX Holdings.

Dated:  January 18, 2023                    Respectfully submitted,

                                                                       */s/ Edward J. Bennett*  
Edward J. Bennett\*  
Edward C. Barnidge\*  
Suzanne Salgado\*  
Shauna M. Kramer\*  
Emma J. Nino\*  
Daniel Whiteley\*  
Paul A. Hoversten\*  
Loryn Helfmann\*  
Atticus DeProspo\*  
Williams & Connolly LLP  
680 Maine Avenue SW  
Washington, DC 20024  
(202) 434-5000  
ebennett@wc.com

\**admitted pro hac vice*

Karra J. Porter  
Christensen & Jensen  
257 East 200 South, Suite 1100  
Salt Lake City, UT 84111  
(801) 323-5000  
karra.porter@chrisjen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I caused a true and correct copy of the foregoing to be filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

/s/ *Atticus DeProspo*
Atticus DeProspo