MAUREEN MCOWEN
KEVIN E. FRIEDL
JONATHAN REISCHL
TRACY L. HILMER
ALICIA FERRARA
(202) 435-9202
maureen.mcowen@cfpb.gov
kevin.friedl@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov
1700 G Street, NW
Washington, DC 20552

*Attorneys for Plaintiff Bureau of
Consumer Financial Protection*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>    *Plaintiff*,<br>              v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>    *Defendants*. | Case No.  2:19-cv-00298-BSJ |

## PLAINTIFF'S NOTICE

Plaintiff Bureau of Consumer Financial Protection writes to notify the Court of new developments related to the issues discussed at the motion hearing of January 9, 2023.

On February 27, the Supreme Court granted the Bureau's request that it review the Fifth Circuit's outlier ruling concerning the Bureau's method of funding. *CFPB v. Community Financial Services Ass'n of America, Ltd.*, No. 22-448. The Court denied CFSA's cross-petition seeking certiorari on other issues. *CFSA v. CFPB*, No. 22-663.

The Bureau asked the Supreme Court to set the case for argument this spring, but the Court has not done so. The Bureau expects the case to be argued in the fall, which means that it may not be decided until June 2024.

For the reasons the Bureau has previously stated, *see, e.g.*, ECF No. 498 at 4-6, including at the January 9 hearing, there is no reason to delay any aspect of this case for the year or more it may take the Supreme Court to resolve *CFSA*.

Dated:  February 27, 2023

Respectfully submitted,

*/s/ Jonathan Reischl*
MAUREEN MCOWEN
KEVIN E. FRIEDL
JONATHAN REISCHL

1

TRACY L. HILMER
ALICIA FERRARA
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-9202
maureen.mcowen@cfpb.gov
kevin.friedl@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*