IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., et al.<br><br>*Defendants*. | Case No. 2:19-CV-00298-BSJ |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Certify the Court's Order for Interlocutory Appeal (ECF No. 512), the points and authorities cited therein, and the entire record, the Court finds that its March 10, 2023 Order involves a controlling question of law of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Accordingly, the March 10, 2023 Order, as supplemented by this Order, is certified for interlocutory appeal under 28 U.S.C. § 1292(b).

_____                                     _____
DATED                                                                     United States District Judge