IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>    *Plaintiff*,<br><br>              v.<br><br>PROGREXION MARKETING, INC., *et al*.,<br><br>    *Defendants*. | Case No. 2:19-cv-00298-BSJ |

## **[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File an Overlength Motion for Award of Relief and Entry of Final Judgment, and for good cause shown, it is hereby

ORDERED, that the Motion is GRANTED. Plaintiff's Motion for Award of Relief and Entry of Final Judgment must not exceed 6,200 words. At the time of filing, Plaintiff must certify compliance with this word-count limit.

_____
Dated

BY THE COURT:

_____
BRUCE S. JENKINS
United States Senior District Judge