FILED
United States Court of Appeals
Tenth Circuit

**April 3, 2023**

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BUREAU OF CONSUMER FINANCIAL PROTECTION,

    Plaintiff - Appellee,

v.

PROGREXION MARKETING, INC.; PGX HOLDINGS, INC.; PROGREXION TELESERVICES, INC.; eFOLKS, LLC; CREDITREPAIR.COM, INC.; JOHN C. HEATH, ATTORNEY AT LAW , PLLC, d/b/a Lexington Law,

    Defendants - Appellants.

No. 23-4032
(D.C. No. 2:19-CV-00298-BSJ)
(D. Utah)

_____

**ORDER**
_____

Before **BACHARACH** and **CARSON**, Circuit Judges.
_____

Appellants move for a stay pending their appeal of the district court's order granting partial summary judgment to Appellee. To decide the motion, we consider four factors: (1) whether Appellants have made a strong showing that they will likely succeed on the merits; (2) whether they will suffer irreparable injury absent a stay; (3) whether a stay will substantially injure other interested parties; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). Appellants have the burden to show that the circumstances justify a stay. *See id.* at 433–34.

We conclude that Appellants have not met their burden, and we deny their motion for a stay pending appeal. We vacate the temporary stay previously entered in this matter.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk