MAUREEN MCOWEN
JONATHAN REISCHL
TRACY L. HILMER
ALICIA FERRARA
(202) 435-9202
maureen.mcowen@cfpb.gov
jonathan.reischl@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov
1700 G Street, NW
Washington, DC 20552
*Attorneys for Plaintiff Bureau of
Consumer Financial Protection*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>*Defendants*. | Case No. 2:19-cv-00298-BSJ |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

Pursuant to DUCivR 5-3 and the Modified Protective Order entered in this case (ECF 72), Plaintiff Bureau of Consumer Financial Protection ("Bureau") moves the Court for leave to file four documents under seal:

1. Plaintiff's Reply in Support of its Motion for Award of Monetary and Injunctive Relief, Assessment of Civil Money Penalties, and Entry of Final Judgment Against All Defendants on Count I;

2. Exhibit 2 to that reply brief, the Declaration of Camille Hinds dated May 9, 2023;

3. Plaintiff's Evidentiary Objections to Defendants' Response in Opposition to Plaintiff's Motion for Relief and Judgment; and

4. Exhibit 5 to those objections, the Declaration of Trung Khanh Lam dated June 21, 2021 (with attachments).

Because these documents, or information incorporated therein, has been marked "Confidential" by the Defendants, the Bureau seeks to file them under seal to comply with the Modified Protective Order. The Bureau reserves the right to file a motion seeking to unseal some or all of these documents on grounds that the information contained therein is not properly withheld from the public.

The Bureau has filed redacted public versions of these documents on the public docket.

Dated: May 9, 2023										Respectfully submitted,


/s/ Jonathan Reischl
MAUREEN MCOWEN
JONATHAN REISCHL
TRACY L. HILMER
ALICIA FERRARA
*Enforcement Attorneys*
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-9202
jonathan.reischl@cfpb.gov
maureen.mcowen@cfpb.gov
tracy.hilmer@cfpb.gov
alicia.ferrara@cfpb.gov

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## CERTIFICATE OF SERVICE

I certify that on May 9, 2023, I caused the sealed version of the above-referenced documents—Plaintiff's reply brief and Exhibit 2 thereto and Plaintiff's evidentiary objections and Exhibit 5 thereto—to be served on all counsel of record via electronic mail. Counsel for the Defendants have previously agreed to service of such documents through these electronic means.

Dated: May 9, 2023                /s/ Jonathan Reischl
                                  Enforcement Attorney
                                  Bureau of Consumer Financial Protection

4