## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Laura Robinson
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:19CV00298 BSJ

Bureau of Consumer Financial Protection v. Progrexion Marketing et al

Approved by:_____

### APPEARANCE OF COUNSEL

Pla   Tracy L. Hilmer, Jonathan H. Reischl, Maureen E. McOwen, Alicia Ferrara
Dft   Edward John Bennett, Edward C. Barnidge, Shauna M. Kramer, Emma J. Nino

DATE: 06/02/2023

MATTER SET: [544] Plaintiff's MOTION for Award of Monetary and Injunctive Relief, Assessment of Civil Money Penalties, and Entry of Final Judgment Against All Defendants on Count I; and to consider [562] Plaintiff's Evidentiary Objections to Defendants' Response in Opposition to Plaintiff's Motion for Relief and Judgment.

DOCKET ENTRY:

Counsel are present for parties. After hearing oral argument from counsel, the court took the matter under advisement. Court adjourned.