IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>*Plaintiff*,<br><br>v.<br><br>PROGREXION MARKETING, INC., *et al.*,<br><br>*Defendants*. | Case No.  2:19-cv-00298-BSJ |

# JOINT MOTION FOR ENTRY OF
# STIPULATED FINAL JUDGMENT AND ORDER

Plaintiff Bureau of Consumer Financial Protection and Defendants Progrexion Marketing, Inc., PGX Holdings, Inc., Progrexion Teleservices, Inc., CreditRepair.com, Inc., eFolks, LLC, and John C. Heath, Attorney-at-Law, PC, jointly request that this Court approve and enter the attached Stipulated Final Judgment and Order.

Dated: August 28, 2023                                         Respectfully submitted,

/s/ Jonathan Reischl                                                   /s/ Edward J. Bennett
Jonathan Reischl                                                         Edward J. Bennett*
Maureen McOwen                                                    Edward C. Barnidge*

| | |
|---|---|
| Tracy L. Hilmer<br>Alicia Ferrara<br>(202) 435-9202<br>jonathan.reischl@cfpb.gov<br>maureen.mcowen@cfpb.gov<br>tracy.hilmer@cfpb.gov<br>alicia.ferrara@cfpb.gov<br>1700 G Street, NW<br>Washington, DC 20552<br><br>*Attorneys for Plaintiff Bureau of Consumer Financial Protection* | Suzanne Salgado*<br>Shauna M. Kramer*<br>Paul A. Hoversten*<br>Emma J. Nino*<br>Daniel Whiteley*<br>Loryn Helfmann*<br>Atticus DeProspo*<br>Williams & Connolly LLP<br>680 Maine Avenue S.W.<br>Washington, DC 20024<br><br>Karra J. Porter<br>Christensen & Jensen<br>257 East 200 South, Suite 1100<br>Salt Lake City, UT 84111<br>(801) 323-5000<br>Karra.porter@chrisjen.com<br><br>*Attorneys for Defendants*<br>     (*admitted *pro hac vice*) |